IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **TYRONE WILLIAM HOLLAND,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:13-CV-413 (MTT) ) |
| Warden **GREGORY McLAUGHLIN,** *et al.*, | ) ) ) ) |
| **Defendants.** | ) ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Stephen Hyles. (Doc. 9). The Magistrate Judge, having reviewed the complaint pursuant to 28 U.S.C. § 1915A, recommends dismissing the Plaintiff's Eighth and Fourteenth Amendment claims regarding the Defendants' alleged failure to place him in protective custody because the Plaintiff alleged that he was placed in a secure, although not ideal, area, and he has failed to allege he had a protected liberty interest in being placed in protective custody.[1]

The Plaintiff did not file an objection to the Recommendation. The Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge, and the Recommendation is adopted and made the order of this Court. The Plaintiff's claims are **DISMISSED without prejudice**.

---

[1] The Magistrate Judge also recommended denying the Plaintiff's motion for preliminary injunction because the Plaintiff alleged only a speculative possibility of future injury, which is insufficient to support

**SO ORDERED**, this the 11th day of December, 2013.

            <u>S/ Marc T. Treadwell</u>
            MARC T. TREADWELL, JUDGE
            UNITED STATES DISTRICT COURT

---

his request for injunctive relief.  However, the Plaintiff withdrew this motion after the Magistrate Judge made his recommendation.